UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-1327-E | Date | July 29, 2026 |
| Title | JARDINE GOUGIS v. LEILAH'S BLOOMING BOUTIQUE LLC, ET AL. | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:** None

**Attorneys Present for Defendants:** None

**Proceedings:** **(IN CHAMBERS)**

Within fourteen (14) days of the date of this Order, Plaintiff shall show cause, if there be any, why this action should not be dismissed without prejudice pursuant to Local Rule 41-1.

cc: All Counsel of Record

Initials of Deputy Clerk bm