**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARDINE GOUGIS,<br>Plaintiff,<br>v.<br>LEILAH'S BLOOMING BOUTIQUE LLC, ET AL.,<br>Defendants. | No. CV 26-1327-E<br><br>ORDER DISMISSING ACTION |

On February 9, 2026, Plaintiff filed this action against Defendants Leilah's Blooming Boutique LLC and Rigoberto Serrano-Bugarin. Plaintiff purportedly served the Complaint on Defendant Serrano-Bugarin on March 2, 2026. Plaintiff dismissed Defendant Leilah's Blooming Boutique LLC on March 24, 2026.

For the next four months, Plaintiff apparently did nothing to prosecute this action. On July 29, 2026, the Court filed a Minute Order stating, "Within fourteen (14) days of the date of this Order, Plaintiff shall show cause, if there be any, why this action should not be dismissed without prejudice pursuant to Local Rule 41-1." Local Rule 41-1 provides: "Civil suits which have been pending an unreasonable period of time without any action having been taken therein may, after notice, be dismissed for want of prosecution."

Plaintiff has failed to show any cause why the action should not be dismissed without prejudice pursuant to Local Rule 41-1. On August 12, 2026, Plaintiff filed a document entitled "Plaintiff's Response, etc.," but this document fails to explain the want of prosecution since March and fails to demonstrate any cause why the action should not be dismissed at this time. Indeed, the document appears to be misdirected to other issues and does not mention the Court's July 29, 2026 Order or Local Rule 41-1.

Accordingly, the action is dismissed without prejudice. See L.R. 41-1; see also Link v. Wabash R.R., 370 U.S. 626, 629-30 (1962) (court has inherent power to achieve the orderly and expeditious disposition of cases by dismissing actions for failure to prosecute).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 17, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE