JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JARDINE GOUGIS,

Plaintiff,

v.

LEILAH'S BLOOMING BOUTIQUE LLC, ET AL.,

Defendants.

No. CV 26-1327-E

JUDGMENT

Pursuant to the "Order Dismissing Action," this action is dismissed without prejudice.

Dated: August 17, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE